UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAWN WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-060 |
| | § | |
| AMERICAN STANDARD INSURANCE | § | |
| COMPANY OF WISCONSIN, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MOTIONS**
**FOR EXTENSION OF TIME**

Before the Court are Plaintiff's Motion for Leave to File Plaintiff's Motion for Continuance/Postponement (D.E. 6) and Plaintiff's Motion for Leave to File Plaintiff's Motion to Remand (D.E. 7), along with Defendants' Response (D.E. 8) addressing both motions. After due consideration, the Court GRANTS IN PART and DENIES IN PART both motions (D.E. 6, 7) and ORDERS that Plaintiff's deadline to file a Response to Defendants' Rule 12(b)(2) Motion to Dismiss (D.E. 3) and a Motion to Remand is no later than 14 days after the signing of this Order. The Court will consider additional requests for extension after the parties have conferred about such requests. Counsel are reminded that any such motion must bear an appropriate certificate of conference pursuant to Local Rule 7.1(D).

The Court is aware of the difficulties posed by the measures we must take as a community to slow the spread of the COVID-19 pandemic. For that reason, the Court grants appropriate leeway regarding deadlines and settings. However, these

unprecedented times also call upon us to find safe ways to continue to develop cases in litigation.  The amount of time our work will be disrupted is unknown and the cause of justice must continue to move forward.  The Court urges the parties and their counsel to work together to overcome our present pandemic-related obstacles.

    ORDERED this 31st day of March, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE